No. 874.   I. Leon Co., Inc., *v.* Reiner et al.   C. A. 2d Cir.   Certiorari denied.   *Henry L. Burkitt* for petitioner. *Robert W. Fulwider* and *John M. Lee* for respondents.

No. 882.   Showell et ux. *v.* Commissioner of Internal Revenue.   C. A. 9th Cir.   Certiorari denied.   *W. Lee McLane, Jr.* and *Nola McLane* for petitioners.   *Solicitor General Cox, Assistant Attorney General Oberdorfer, Robert N. Anderson* and *Norman H. Wolfe* for respondent.

No. 883.   Brotherhood of Locomotive Firemen & Enginemen et al. *v.* Butte, Anaconda & Pacific Railway Co.   C. A. 9th Cir.   Certiorari denied.   *Harold C. Heiss, David L. Holland* and *Russell B. Day* for petitioners.   *C. J. Hansen* for respondent.

No. 884.   West Virginia Northern Railroad Co. *v.* Commissioner of Internal Revenue.   C. A. 4th Cir. Certiorari denied.   *Allen S. Olmsted II* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for respondent.

No. 885.   Wray Equipment Corp. *v.* Westinghouse Electric Corp. et al.   C. A. 1st Cir.   Certiorari denied. *James M. Malloy* and *Ralph Warren Sullivan* for petitioner.   *John M. Hall* and *Douglas L. Ley* for respondents.

No. 887.   American Guild of Variety Artists et al. *v.* Detroy.   C. A. 2d Cir.   Certiorari denied.   *Aaron Benenson* for petitioners.   *Henry M. Katz* for respondent.